IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GEORGE SPRAGGINS,

Plaintiff,

v.

SUMNER REGIONAL MEDICAL CENTER and DR. LARRY ANDERSON,

Defendants.

Case No. 10-CV-2276 WEB/DWB

**COMPLAINT**

COMES NOW the plaintiff, and for his cause of action against the defendants, alleges and states:

1. That plaintiff is an individual and citizen of the state of California.

2. That defendant Sumner Regional Medical Center is a Kansas organization operated by a five (5) member Board of Trustees appointed by the Wellington City Counsel and is a citizen of the state of Kansas.

3. That defendant Dr. Larry Anderson is an individual and a citizen of the state of Kansas.

4. That this Court has jurisdiction as a result of diversity of citizenship and the amount in controversy.

5. That plaintiff was injured in a motorcycle accident that occurred June 17, 2009, and was taken to the emergency room at Sumner Regional Medical Center where he was treated by Dr. Larry Anderson.

6. That plaintiff was discharged from the emergency room and defendants failed to diagnose his leg fracture.

7. That plaintiff returned to the emergency room because of severe swelling. He was again discharged and defendants again failed to diagnose the leg fracture.

8. Plaintiff was not properly diagnosed until he returned to California.

9. The delay in diagnosing and treating plaintiff's leg fracture has resulted in permanent injury and disability.

10. Defendants were negligent in failing to properly diagnose plaintiff's leg fracture and in failing to refer plaintiff to a proper specialist.

11. As a result of defendants' negligence, plaintiff has been damaged.

WHEREFORE, plaintiff prays for judgment against the defendants, and each of them, in the sum of $1,000,000.00 and the costs of the action.

SCHMITT MANZ SWANSON & MULHERN, P.C.

*/s/ Paul Hasty, Jr.*

Paul Hasty, Jr. KS # 09132
SCHMITT MANZ SWANSON & MULHERN, P.C.
7101 College Blvd., Suite 350
Overland Park, Kansas 66210
Telephone: (913) 317-8068
Facsimile: (913) 317-8058
Email: phasty@schmittmanzlaw.com

**ATTORNEYS FOR PLAINTIFF**