IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GEORGE SPRAGGINS, ) | |
| ) | |
| Plaintiff, ) | Case No. 10-CV-2276 WEB/DWB |
| ) | |
| v. ) | |
| ) | |
| SUMNER REGIONAL MEDICAL ) | |
| CENTER and DR. LARRY ANDERSON, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

NOW ON THIS 15th day of December, 2010, the above captioned and numbered case comes before the Court on plaintiff's Motion to Dismiss plaintiff's claims against the separate defendant, Sumner County Regional Medical Center, without prejudice. Sumner County Regional Medical Center has no objection to the Motion and it is hereby granted and the claims against that defendant are dismissed without prejudice.

IT IS SO ORDERED.

s/ Wesley E. Brown

Honorable Wesley E. Brown

Approved by:


/s/ Paul Hasty, Jr.
Paul Hasty, Jr.                              KS # 09132
7101 College Boulevard, Suite 350
Overland Park, KS 66210
Phone:  913/317-8068 / Fax:  913/317-8058
phasty@hastyassoc.com

**ATTORNEYS FOR PLAINTIFF**


/s/ Gregory S. Young
Gregory S. Young
Hinkle Elkouri Law Firm, LLC
2000 Epic Center
301 North Main Street
Wichita, KS  67202

**ATTORNEYS FOR DEFENDANT SUMNER REGIONAL MEDICAL CENTER**