IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GEORGE SPRAGGINS, ) | |
| ) | |
| Plaintiff, ) | Case No. 10-CV-02276 WEB/KGG |
| ) | |
| v. ) | |
| ) | |
| DR. LARRY ANDERSON, ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

NOW ON THIS 8th day of July, 2011, the above captioned and numbered case comes before the Court on plaintiff's Motion to Dismiss plaintiff's claims without prejudice. There is no objection. The Motion is granted and the claims are dismissed without prejudice.

IT IS SO ORDERED.

s/ Wesley E. Brown
Honorable Wesley E. Brown

Approved by:

/s/ Paul Hasty, Jr.
Paul Hasty, Jr.                    KS # 09132
7101 College Boulevard, Suite 350
Overland Park, KS 66210
Phone: 913/317-8068 / Fax: 913/317-8058
phasty@hastyassoc.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Randy J. Troutt*
Randy J. Troutt
Gwynne E. Birzer
Hite, Fanning & Honeyman, LLP
100 North Broadway, Suite 950
Wichita, KS  67202

**ATTORNEYS FOR DEFENDANT**